JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOSQUEDA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-00927-MWF(PVCx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]**<br><br>Complaint Filed: February 26, 2024<br>Pre-Trial Date: October 20, 2025<br>Trial Date: November 4, 2025 |

The Court has considered the parties' Joint Stipulation to Dismiss Entire Action with Prejudice. (Docket No. 19). For good cause shown, IT IS ORDERED that this action is DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: August 12, 2025

_____
MICHAEL W. FITZGERALD
United Stated District Judge